UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEITH HUBBS

    Defendant.

**ORDER**

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, June 12, 2009,** and responses to these motions shall be filed by **Friday, June 19, 2009.**  It is

    FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a future date.  It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, July 6, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: May 27, 2009

            BY THE COURT:

            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            Chief United States District Judge