UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEITH HUBBS

    Defendant.

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Competency Determination and Psychological Examination [doc. #22], filed September 16, 2009.  In his Motion, Defendant Keith Hubbs asks the Court for a determination of his competency to proceed and for psychological examination pursuant to 18 U.S.C. 4241(b) and 18 U.S.C. § 3552(c).  The Motion indicates that the government has no objection to Defendant's requests therein.  Defendant filed a Notice of Disposition on August 28, 2009, but a change of plea hearing has yet to be set due to the potential transfer of cases from California.  On September 25, 2009, the parties filed a Joint Status Report, in which they suggest that I schedule a competency hearing in early December.  For the reasons stated herein, I will grant the Motion.

For the reasons provided in the Motion, I find pursuant to 18 U.S.C. § 4241(a),[1] that "there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  Thus, I will appoint E. Spencer Friedman, Ed. D., Licensed Clinical Psychologist, to conduct a competency examination and psychological evaluation of Defendant pursuant to 18 U.S.C. § 4241(b), and I will order that reports be filed, under seal, pursuant to 18 U.S.C. § 4247(c).  However, rather than setting a competency hearing now, I will order the parties to file a joint status report in which they can indicate with more specificity when and for how long the competency hearing should be set.  Accordingly, it is hereby

ORDERED that Defendant's Unopposed Motion for Competency Determination and Psychological Examination [doc. #22], filed September 16, 2009, is **GRANTED**.  In accordance therewith, it is

ORDERED that Dr. E. Spencer Friedman is appointed to conduct a competency examination and psychological evaluation of Defendant pursuant to 18 U.S.C. § 4241(b).  It is

FURTHER ORDERED that an amount of up to $5,000.00 is authorized as compensation for Dr. Friedman to complete his evaluations.  It is

---

[1] Defendant also asks that I grant the Motion pursuant to 18 U.S.C. 3552(c), which permits the Court to order a psychiatric or psychological evaluation as part of a pre-sentence investigation report, but I find that reliance upon this provision would be premature, as I have yet to accept Defendant's plea of guilty.  Furthermore, 18 U.S.C. 4241(a) provides that the motion to determine competency may be filed "any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant . . . ."

FURTHER ORDERED that psychiatric or psychological reports shall be filed, under seal, pursuant to 18 U.S.C. § 4247(c).  It is

FURTHER ORDERED that the parties shall file a joint status report not later than **Friday, October 30, 2009**.

Dated:  September 28, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge