UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEITH HUBBS

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A competency hearing pursuant to 18 U.S.C § 4241(c) and 18 U.S.C. § 4247(d) and a possible change of plea hearing is set for **Thursday, May 27, 2010 at 2:00 p.m.**

    Should the parties deem a change of plea hearing appropriate, contingent, of course, on the outcome of the competency hearing, **counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**

    Dated: April 14, 2010