UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEITH HUBBS

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The competency and change of plea hearing set for Friday, September 3, 2010 at 10:00 a.m. is **CONTINUED** to **Thursday, September 9, 2010 at 1:30 p.m.**

    Dated: August 25, 2010