UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. KEITH HUBBS

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflict, the competency and change of plea hearing set for Thursday, September 9, 2010 at 1:30 p.m. is **VACATED.** The parties shall meet and confer and contact chambers to reschedule the hearing.

      Dated: September 7, 2010